**Electronically Filed
Supreme Court
SCWC-19-0000874
18-AUG-2021
09:27 AM
Dkt. 3 ODAC**

SCWC-19-0000874

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

SHANA N. KAWAKAMI,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000874; 1DTA-16-00540)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Eddins, JJ.,
with Wilson, J., dissenting)

Petitioner/Defendant-Appellant Shana N. Kawakami's

application for writ of certiorari filed on July 8, 2021, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, August 18, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

